OPINION — AG — THE "CASH AMOUNT" OR "FUNDS" REFERRED TO IN YOUR LETTER, CANNOT BE USED TO SUPPLEMENT THE $82,000.00 APPROPRIATION FOR THE FISCAL YEAR ENDING JUNE 30, 1963 OF THE DEPARTMENT OF MENTAL HEALTH FOR "PERSONAL SERVICES, OPERATING EXPENSE AND PER DIEM OF BOARD MEMBERS", NOT SET FORTH IN HOUSE BILL NO. 609 OK SESSION LAWS 1961. CITE: 43A O.S. 1961 34 [43A-34], 62 O.S. 1961 7.1 [62-7.1], 62 O.S. 1961 7.2 [62-7.2], 62 O.S. 1961 7.4 [62-7.4] (FRED HANSEN)